*Mr. William H. Gorham* and *Mr. James Kiefer* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. J. Frank Staley* for respondents.

No. 813. DIRECTOR GENERAL OF RAILROADS *v.* THOMAS KEENAN. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Daniel M. Beach* for petitioner. *Mr. Joseph A. Wechter* for respondent.

No. 822. BENJAMIN KALMANSON *v.* UNITED STATES. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Max D. Steuer* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 828. FRANK N. SNELL ET AL. *v.* J. C. TURNER LUMBER COMPANY. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick Seymour* and *Mr. William M. Toomer* for petitioners. *Mr. Samuel Silbiger* for respondent.

No. 831. STANDARD OIL COMPANY OF NEW YORK *v.* CLYDE STEAMSHIP COMPANY. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Rufus S. Day* and *Mr. P. M. Brown* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 834. ALUMINUM COMPANY OF AMERICA *v.* FEDERAL TRADE COMMISSION. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the